UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MENZIES AVIATION (USA), INC.,

      Plaintiff,

v.                        **ORDER**
                            Civil File No. 13-2702 (MJD/JJK)

ROBERT WILCOX, SERVISAIR, LLC,
and DOES 1-10,

      Defendants.

Christopher G. Ward and Lisa M. Noller, Foley & Lardner LLP, and Corey J. Ayling, McGrann Shea Carnival Straughn & Lamb, Chtd., Counsel for Plaintiff Menzies Aviation (USA), Inc.

Burt T. Osborne and William M. Cunningham, Counsel for Defendant Robert Wilcox.

Dane B. Jaques, McKenna Long & Aldridge, LLP, and Andrew L. Marshall, Bassford Remele, PA, Counsel for Defendant Servisair, LLC.

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order. [Docket No. 6] The Court heard oral argument on October 17, 2013. The Court has carefully considered the motion, all of the filings in this matter, and the oral arguments, and concludes that the motion must be denied. A Memorandum of Law explaining the Court's ruling will follow.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

Plaintiff's Motion for Temporary Restraining Order [Docket No. 6] is **DENIED**.  A Memorandum of Law will follow.


Dated:  October 17, 2013          s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court